IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

IN THE MATTER OF
JOLEEN K. YOUNGERS                                    Case No. 22-mc-0030 KG

### ORDER FOR PROOF OF SERVICE

Petitioner Joleen K. Youngers filed a Verified Petition to Perpetuate Testimony, pursuant to Federal Rule of Civil Procedure 27, and requested a hearing on the same.  (Doc. 1).  The Court set the matter for hearing on November 10, 2022.  (Doc. 2).

Rule 27(a)(2) provides that Petitioner must serve the Petition and Notice of Hearing on "each expected adverse party" "[a]t least 21 days before the hearing date."  Therefore, Petitioner will file proof of service on each expected adverse party no later than October 19, 2022.  Service must comply with Federal Rule of Civil Procedure 4 and will include the Petition and the Notice of Hearing.

IT IS SO ORDERED.


_____
UNITED STATES DISTRICT JUDGE