# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

IN THE MATTER OF JOLEEN K. YOUNGERS

Case No. 1:22-mc-00030-KG

## ORDER

Petitioner Joleen K. Youngers filed a Verified Petition to Perpetuate Testimony, pursuant to Fed. R. Civ. P. 27, and requested a hearing on the same. (Doc. 1). The Court set the matter for a hearing on November 10, 2022. (Doc. 2).

This matter now comes before the Court based on the Petitioner's agreement with the expected adverse parties to arrange for the depositions of three individuals named in the Petition who remain in the custody of U.S. Immigration and Customs Enforcement. Pursuant to that agreement and in keeping with Fed. R. Civ. P. 27(a)(3), the Court hereby orders that oral depositions of the following individuals may be taken on the subject matter identified in the Verified Petition to Perpetuate Testimony (Doc. 1):

1) Marco Humberto Paulino-Aquino;

2) Jhon Fredy Pinto-Marquez; and

3) Orlando de los Santos-Evangelista.

Petitioner and the potential adverse parties will work together to ensure service of Fed. R. Civ. P. 45 subpoenas on those persons listed above who are detained in federal custody and will find a date when all participants are available for said deposition.

Nothing in this stipulated order affects Petitioner's request to perpetuate testimony of the remaining persons listed in Petitioner's Verified Petition. Similarly, nothing in this stipulated order affects any defenses or objections the adverse parties may raise in response to the Verified Petition.

The disposition of Petitioner's request regarding these remaining persons will be addressed in the hearing set in this matter on November 10, 2022. (Doc. 2).

    IT IS SO ORDERED.

_____<br>
UNITED STATES DISTRICT JUDGE

Agreed as to form by:

*/s/ Rebecca Sheff*
Rebecca Sheff
Attorneys for Petitioner

*/s/ Manuel Lucero (via email on Oct. 11, 2022)*
Manuel Lucero
Attorney for U.S. Immigration and Customs Enforcement

*/s/ Jacob Lee (via email on Oct. 7, 2022)*
Jacob Lee
Attorney for CoreCivic and Torrance County